**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 08-6830**

―――――――――――

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

JAMES NIBLOCK,

                Defendant - Appellant.

―――――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge. (1:02-cr-00568-GBL-1)

―――――――――――

Submitted: September 23, 2008     Decided: October 9, 2008

―――――――――――

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

James Niblock, Appellant Pro Se. Dana James Boente, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Niblock appeals from the district court's order denying his motion to correct a clerical error in his criminal judgment.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  United States v. Niblock, No. 1:02-cr-00568-GBL-1 (E.D. Va. filed May 5, 2008; entered May 6, 2008).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED